Richard H. Friedman (CA Bar No. 221622)
rfriedman@friedmanrubin.com
Peter J. Mullenix (admitted pro hac vice)
pmullenix@friedmanrubin.com
Friedman | Rubin
51 University Street, Suite 201
Seattle, WA 98101
Tel:  206-501-4446
Fax:  206-623-0794

John Graham Hill (admitted pro hac vice)
ghill2013@gmail.com
2323 S. Shepherd Drive, 14th Floor
Houston TX  77019
Tel: 713-979-4695

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD DARRINGER and CAROL DARRINGER,<br><br>                    Plaintiffs,<br>     v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>                    Defendant. | No. 5:15-cv-00300 RMW<br><br>**[PROPOSED]**<br>**ORDER EXTENDING DEADLINE FOR PLAINTIFF POHLY TO RESPOND TO INTUITIVE SURGICAL, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| RICHARD POHLY,<br><br>                    Plaintiff,<br>v.<br><br>INTUITIVE SURGICAL, INC., a Delaware corporation headquartered in California,<br><br>                    Defendant. | No. 5:15-cv-04113 PSG<br><br>**[PROPOSED]**<br>**ORDER EXTENDING DEADLINE FOR PLAINTIFF POHLY TO RESPOND TO INTUITIVE SURGICAL, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

THE COURT, having considered the parties' Stipulated Motion to Extend Deadline for Plaintiff Pohly to Respond to Intuitive Surgical, Inc.'s Administration Motion to Consider Whether Cases Should Be Related, rules as follows:

1   IT IS HEREBY ORDERED that the deadline for Plaintiff Pohly to Respond to Intuitive
2 Surgical, Inc.'s Administration Motion to Consider Whether Cases Should Be Related is extended
3 to December 11, 2015.
4   DONE IN OPEN COURT this  23   day of November, 2015.

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge