UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD POHLY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>　　　　Defendant. | Case No. 5:15-cv-04113-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re: Docket No. 25)** |

　　　　Based on the parties' joint case management statement,[1]

　　　　IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

　　　　IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 60 days from entry of this order.

　　　　IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

　　　　Fact Discovery Cut-Off .................................................................................... July 15, 2016
　　　　Plaintiff's Expert Reports Deadline ............................................................. August 14, 2016
　　　　Defendant's Expert Reports Deadline ........................................................... October 7, 2016
　　　　Expert Discovery Cut-Off ......................................................................... November 4, 2016
　　　　Dispositive Motions Filing Deadline ........................................................... December 2, 2016
　　　　Dispositive Motions Hearing ................................................. January 10, 2017 at 10:00 AM

---

[1] *See* Docket No. 25.

1

Case No. 5:15-cv-04113-PSG
CASE SCHEDULING ORDER

1   Pre-Trial Conference ................................................................... February 7, 2017 at 10:00 AM

2   Jury Trial ...................................................................................... February 21, 2017 at 9:00 AM

3   **SO ORDERED.**

4   Dated: December 22, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge