1

2

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

3

4

RICHARD POHLY,

Case No: 15cv04113MEJ

Plaintiff(s),

5

6

v.

INTUITIVE SURGICAL, INC.,

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

7

Defendant(s).

8

9

I, THOMAS E. FOX, an active member in good standing of the bar of
NEW YORK Appellate Division of Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the

10

Northern District of California representing: INTUITIVE SURGICAL, INC. in the

11

above-entitled action. My local co-counsel in this case is S. SHERYL LEUNG , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

12

within the State of California.

| MY ADDRESS OF RECORD:<br>4 Times Square<br>New York, New York 10036 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>525 University Avenue, Ste. 1400<br>Palo Alto, Ca 94301 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 735-3000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 470-4500 |
| MY EMAIL ADDRESS OF RECORD:<br>thomas.fox@skadden.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>sheryl.leung@skadden.com |

13

14

15

16

17

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 1898378 .

18

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

19

20

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

21

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: November 3, 2016.

THOMAS E. FOX

22

APPLICANT

23

24

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

25

IT IS HEREBY ORDERED THAT the application of THOMAS E. FOX is granted,

26

subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate

appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel

27

designated in the application will constitute notice to the party.

28

Dated: 11/7/2016

UNITED STATES MAGISTRATE JUDGE

Judge Maria-Elena James

*PRO HAC VICE* APPLICATION & ORDER

*October 2012*



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

———————

**I, Aprilanne Agostino,** Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Thomas E. Fox** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **8 th** day of **February 1984,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on November 03, 2016.

_Aprilanne Agostino_

**Clerk of the Court**