Richard H. Friedman (SBN 221622)
rfriedman@friedmanrubin.com
Peter J. Mullenix (admitted pro hac vice)
pmullenix@friedmanrubin.com
FRIEDMAN | RUBIN
51 University Street, Suite 201
Seattle, WA 98101
Tel: 206-501-4446
Fax: 206-623-0794

John Graham Hill (admitted pro hac vice)
ghill2013@gmail.com
3251 Huntingdon Place
Houston TX 77019
Tel: 713-459-8041

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| RICHARD POHLY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC., a Delaware corporation headquartered in California,<br><br>　　　　　　Defendant. | No. 3:15-cv-04113 MEJ<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING SCHEDULING** |

The parties hereby agree and stipulate that Defendant ISI will be allowed seven court days to file a motion to seal any portion of the following documents, or the exhibits thereto:

- PLAINTIFF RICHARD POHLY'S OPPOSITION TO DEFENDANT INTUITIVE SURGICAL, INC.'S MOTION FOR SUMMARY JUDGMENT;

- DECLARATION OF PETER J. MULLENIX IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND EXHIBITS THERETO;

- DECLARATION OF ALAN LIPSCHULTZ, AND EXHIBIT THERETO; and

- DECLARATION OF BRENDA ULMER, AND EXHIBITS THERETO.

DATED: May 25, 2017.

FRIEDMAN | RUBIN

s/ Richard H. Friedman
Richard Friedman, No. 221622
s/ Peter J. Mullenix
Peter J. Mullenix (admitted pro hac vice)

JOHN GRAHAM HILL

s/ John Graham Hill
John Graham Hill (admitted pro hac vice)

*Attorneys for Plaintiff Richard Pohly*

DATED: May 25, 2017.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM

/s/ Allen J. Ruby
Allen J. Ruby
/s/ Emily reitmeier
Emily Reitmeier

*Attorneys for Defendant Intuitive Surgical, Inc.*

# (~~PROPOSED~~) ORDER

It is ORDERED that Defendant ISI will be allowed seven (7) court days to file a motion to seal any portion of the following documents, or the exhibits thereto:

- PLAINTIFF RICHARD POHLY'S OPPOSITION TO DEFENDANT INTUITIVE SURGICAL, INC.'S MOTION FOR SUMMARY JUDGMENT;

- DECLARATION OF PETER J. MULLENIX IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND EXHIBITS THERETO;

- DECLARATION OF ALAN LIPSCHULTZ, AND EXHIBIT THERETO; and

- DECLARATION OF BRENDA ULMER, AND EXHIBIT THERETO

IT IS SO ORDERED.

DATED: 5/26/2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

***Counsel for Defendant Intuitive Surgical, Inc.***

Allen J. Ruby, SBN 47109
Emily Reitmeier, SBN 305512
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto CA  94301
T:  650-470-4500
F:  650-470-4570
E:  allen.ruby@skadden.com
E:  emily.reitmeier@skadden.com

Lisa M. Gilford
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles CA  90071
T:  (213) 687-5000
F:  (213) 687-5600
E:  lisa.gilford@skadden.com

Taylor F. Brinkman
LOCKE LORD
2200 Ross Avenue, Suite 2800
Dallas TX 75201
T: (214) 740-8442
E: tbrinkman@lockelord.com

Gregory D. Hull, SBN 57367
ELLENBERG & HULL
4 North 2nd Street, Suite 1240
San Jose CA  95113
T:  (408) 998-8500
E: greg@ellenberghull.com

/s/ Dana C. Watkins
Dana C. Watkins